AUGUST E. KELLER, JR., Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

JOHN LEVEY, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment of the County Court of Kings county reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence as received warranted the inference that the detachment of the P. M. coupons from the body of the transfers was accidentally made in the very presence of the conductor and to his knowledge when they were unrolled by the plaintiff. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

MAX LISWOOD, Appellant, v. PAULINE LISWOOD, Respondent.— Order modified by striking therefrom the " Third " issue therein framed and submitted, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

JACOB MASS, Respondent, v. SPECIAL MACHINE AND TOOL COMPANY, INC., Appellant.— Judgment and order reversed, and complaint dismissed, with costs. There is no proof of any contract to be carried out by the defendant. The contract, if any existed, was the individual contract of the promoters. Plaintiff testified that these promoters said, " If you do that, each one of us will give you a share." There was, therefore, no contract made on behalf of the corporation which it could subsequently ratify. The testimony was also insufficient as a basis for a finding of ratification. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

NASSAU-SUFFOLK BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. HELEN H. THORNE, Appellant, and WILLIAM F. HULL, Defendant.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the referee erred in excluding the evidence of the appellant concerning the transactions surrounding the execution of the papers, and also in excluding the evidence of the handwriting expert. Jenks, P. J., Thomas, Mills, Blackmar and Kelly, JJ., concurred.

LENA NUSBAUM, as Administratrix, etc., of MAX NUSBAUM, Deceased, Appellant, v. THE NEW YORK TIMES COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, upon the ground that it sufficiently appears that plaintiff was a resident of the county of Westchester; and motion denied, with ten dollars costs. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EGIDIO MOJO, Appellant.— Judgment and order of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.